### In re ACCESSION OF COURT'S FIFTH CHIEF JUDGE.

### No. 6–05.

United States Court of Appeals for Veterans Claims.

Aug. 8, 2005.

Before GREENE, Chief Judge, and KASOLD, HAGEL, MOORMAN, LANCE, DAVIS, and SCHOELEN, Judges.

### ORDER

PER CURIAM:

Pursuant to 38 U.S.C. § 7253(d)(1), the chief judge of the Court shall be the judge of the Court in regular active service who is senior in commission among the Court's judges, has served for one or more years as a judge of the Court, and has not previously served as chief judge. Barring other contingencies, the chief judge serves for a term of five years. *See* 38 U.S.C. § 7253(d)(3), (d)(4). On consideration of the foregoing, it is

ORDERED that the Honorable William P. Greene, Jr., shall, as of August 7, 2005, commence a five-year term as the Court's fifth chief judge.